[No. 67353-0-I.   Division One.   July 23, 2012.]

*In the Matter of the Marriage of* WENDY MICHELLE MACHLEID, *Respondent,* and ANDREW DOUGLAS MACHLEID, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-3-03144-1, Andrea A. Darvas, J., entered June 6, 2011. Judgment *affirmed* and stay *denied* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[Nos. 67510-9-I; 67511-7-I.   Division One.   July 23, 2012.]

*In the Matter of the Dependency of* J.R.P.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. CHARLES PERALTA ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 10-7-03451-8, James A. Doerty, J., entered July 19, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 67593-1-I.   Division One.   July 23, 2012.]

*In the Matter of the Dependency of* J.B.

MATTHEW GEORGE, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-7-00976-7, Ronald L. Castleberry, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Lau, JJ.